THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Marco Andrea
 Clark, Appellant.
 
 
 

Appeal From Clarendon County
Howard P. King, Circuit Court Judge

Unpublished Opinion No.  2012-UP-055  
 Submitted January 3, 2012  Filed February
1, 2012

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General William M. Blitch, Jr., all of
 Columbia; and Solicitor Ernest A. Finney, III, of Sumter, for Respondent.
 
 
 

PER CURIAM: Marco
 Andrea Clark appeals his convictions for armed robbery and possession of a
 weapon during the commission of a violent crime.  He argues the trial court
 erred in denying his motion for funds to hire an expert to determine whether
 Clark lacked the capacity to distinguish moral or legal right from moral or
 legal wrong at the time of the crime.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  Rivers v. Strickland, 264 S.C. 121, 124, 213 S.E.2d 97, 98 (1975) ("The general rule
 is that a plea of guilty, voluntarily and understandingly made, constitutes a
 waiver of nonjurisdictional defects and defenses, including claims of violation
 of constitutional rights prior to the plea.").
AFFIRMED.
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.